# Anthony J. DeGirolamo

Attorney at Law

Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net
http://www.trusteblogs.com/degirolamotrustee.aspx

*# 40734*

FILED

2010 AUG 10 AM 11: 58

COURT
OF OHIO

August 9, 2010

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, Ohio 44702

> **Re:    In re Graham, Case No. 08-62377**

Dear Clerk:

Enclosed please find check no. 111 in the amount of $47.90 for unclaimed funds in the above mentioned case.

| Amount | Creditor Name | Creditor Address |
|--------|---------------|------------------|
| $47.90 | eCast Settlement Corporation | Assignee of HSBC Bank Nevada and its Assigns P.O. Box 35480 Newark, New Jersey 07193 |

Very truly yours,

*Anthony J. DeGirolamo/aw*

Anthony J. DeGirolamo

ENC

amw